1   BENJAMIN B. WAGNER
United States Attorney
2   LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3   Social Security Administration
ODELL GROOMS
4   Special Assistant United States Attorney

5      333 Market Street, Suite 1500
San Francisco, California 94105
6      Telephone:  (415) 977-8936
Facsimile:  (415) 744-0134
7      E-Mail: odell.grooms@ssa.gov

8   Attorneys for Defendant

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                  **SACRAMENTO DIVISION**

12

13   PENNY LYNN FRADENBURG          )
                                    )      CIVIL NO. 2:09-cv-03064-DAD
14         Plaintiff,               )
                                    )
15             v.                   )      STIPULATION AND ORDER
                                    )
16   MICHAEL J. ASTRUE,             )
     Commissioner of               )
17   Social Security,               )
                                    )
18         Defendant.               )
     _____)

19

20         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21   attached Order, that Defendant shall have a first extension of time of 15 days to respond to Plaintiff's

22   motion for summary judgment, due to a scheduling conflict arising from the large number of cases

23   which await briefing.  The new due date will be June 1, 2010.

24   ///

25   ///

26   ///

27   ///

28   ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 17, 2010          _/s/ Kenneth J. Collins_____
                             (Via telephonic authorization on 05/17/10)
                             KENNETH J. COLLINS
                             Attorney for Plaintiff

                             Respectfully submitted,

Dated: May 17, 2010          BENJAMIN B. WAGNER
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration


                             _/s/ Odell Grooms___
                             ODELL GROOMS
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant


                             ORDER

    APPROVED AND SO ORDERED.

DATED: May 19, 2010.


                             _____
                             DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/fradenburg3064.dft.extgr